UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENSCO OFFSHORE COMPANY, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:09-CV-2838 |
| M/V SATILLA, *et al*, | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT ON PARTIAL FINDINGS PURSUANT TO RULE 52(C)

 This action was tried to the Court. At the close of the case presented by Claimants SKS OBO TANKERS AS and Kristian Gerhard Jebsen Skipsrederi AS, owner and manager, respectively, of the M/V SATILLA, Petitioner Ensco Offshore Company moved for a Rule 52(c) judgment on partial findings. For the reasons reflected in the Court's Findings of Fact and Conclusions of Law, of this date, the Court ORDERS that the Claimants SKS OBO TANKERS AS and Kristian Gerhard Jebsen Skipsrederi AS shall take nothing of Petitioner Ensco Offshore Company, the action shall be dismissed on the merits, and the Petitioner Ensco Offshore Company shall recover costs from Claimants SKS OBO TANKERS AS and Kristian Gerhard Jebsen Skipsrederi AS.

THIS IS A FINAL JUDGMENT

 SIGNED at Houston, Texas, this 30th day of September, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE